# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 30, 2014

## NO. 03-14-00343-CV

**Douglas and Mary Brite, Appellants**

**v.**

**Elite Financing Group, LLC; Merscorp Holdings, Inc.; Mortgage Electronic Registration Systems, Inc.; Barrett, Daffin, Frappier, Turner & Engel, LLP; Flagstar Bank; FSB, Robin Kennedy-Colnaghi; Tobey Latham, Kevin Paperd; Michael Vestal; and Wendy Alexander, Appellees**

### APPEAL FROM 126TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE JONES, JUSTICES ROSE AND GOODWIN
### DISMISSED ON APPELLANTS' MOTION -- OPINION BY JUSTICE ROSE

This is an appeal from the order signed by the trial court on February 27, 2014. Appellants have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellants shall pay all costs relating to this appeal, both in this Court and the court below.